ORIGINAL

guowieinf

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN 19 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 07-00003 |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| vs. | ) **ILLEGAL ENTRY** |
| GUO PING WEI, | ) [8 U.S.C. § 1325(a)(1) <br> ) 6 U.S.C. §§ 251 & 557] <br> ) (Misdemeanor) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

On or about October 28, 2006, in the District of Guam, the defendant herein, GUO PING WEI, did knowingly enter the United States at a time and place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1) and Title 6, United States Code, Sections 251 and 557.

DATED this _19_ day of January 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ Karon V. Johnson_
KARON V. JOHNSON
Assistant U.S. Attorney