# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
City: Hagåtña
Country/Parish: _____

**Related Case Information:** MJ-07-00003 ~~07-00006~~
Superseding Indictment: _____ Docket Number: _____
Same Defendant: _____ New Defendant: X
Search Warrant Case Number: _____
R 20/ R 40 from District of: _____

**Defendant Information:**

Juvenile: Yes ___ No X   Matter to be sealed: ___ Yes X No

Defendant Name: GUO PING WEI
Alias Name: _____
Address: _____
          China

Birthdate: _____ SS#: None  Sex: F  Race: C  Nationality: Chinese

**U.S. Attorney Information:**

AUSA: Karon V. Johnson

Interpreter: ___ No  X Yes   List language and/or dialect: Mandarin

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1    ___ Petty  X Misdemeanor  ___ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  8 USC 1325(a)(1) & 6 USC 251 & 557 | Illegal Entry | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: 1/16/07   Signature of AUSA: Karon V. Johnson

RECEIVED JAN 19 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM

RECEIVED JAN 18 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM (STAMPED IN ERROR)