LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>GUO PING WEI,<br><br>             Defendant. | MAGISTRATE CASE NO. 07-00003<br><br>**O R D E R**<br>**re United States' Request for**<br>**Issuance of Warrant** |

    Upon the filing of an Information and the request of the government,

    IT IS SO ORDERED that a warrant be issued for the above-named defendant.

Dated: January 23, 2007

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**